**IT IS ORDERED as set forth below:**



Date: November 18, 2022

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| 2 BIG LEGACY LLC, | ) | CASE NO.: 22-58826-wlh |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO ANNUL THE AUTOMATIC STAY
*NUNC PRO TUNC* AND DEEM FORECLOSURE SALES VALID
AND DISMISS DEBTOR'S BANKRUPTCY CASE**

On November 3, 2022, AlphaFlow Transitional Mortgage Trust 2021-WL1 and NYMT Commercial Acquisitions, LLC (collectively, "Movants") filed a Motion to Annul the Automatic Stay *Nunc Pro Tunc* and Deem Foreclosure Sales Valid and Dismiss Debtor's Bankruptcy Case (the "Motion", Doc. No. 12). On November 10, 2022, Legacy Lending, LLC filed a joinder to the Motion. (Doc. No. 24.) After notice and a hearing held on November 17, 2022, the Court makes the following findings of fact:

1

(1) On September 6, 2022, the morning of foreclosure sales to be conducted by Movants, 2 Big Legacy LLC ("Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code, initiating Case No. 22-57062 (the "First Bankruptcy Case").

(2) On September 9, 2022, Movants filed a motion to dismiss the First Bankruptcy Case. (Case No. 22-57062, Doc. No. 9.)

(3) On September 16, 2022, the Court entered its Order Granting Motion to Dismiss Debtor's Bankruptcy Case, dismissing the First Bankruptcy Case and prohibiting Debtor from filing a voluntary petition under chapter 7 or chapter 11 of the Bankruptcy Code within 180 days of the entry of the order. (Case No. 22-57062, Doc. No. 19.)

(4) On November 1, 2022 (the "Petition Date"), the morning of foreclosure sales scheduled to be conducted by Movants, Debtor filed a second voluntary petition under chapter 11 of the Bankruptcy Code.

(5) Debtor did not notify Movants of the bankruptcy filing.

(6) Movants discovered the Debtor's bankruptcy filing after calling out the foreclosure sales but before recording the deeds under power of sale.

(7) The Properties[1] owned by Debtor and securing the indebtedness owed to Movants were not included in Debtor's petition. Likewise, Debtor's petition did not list either Movant as creditors.

(8) According to Debtor's petition, the Debtor has few, if any, unsecured creditors.

---

[1] Properties means and refers to the real properties commonly known as 4861 Pinnacle Drive, Stone Mountain, Georgia; 4866 Pinnacle Drive, Stone Mountain, Georgia; 4867 Pinnacle Drive, Stone Mountain, Georgia; 4869 Pinnacle Drive, Stone Mountain, Georgia; 4871 Pinnacle Drive, Stone Mountain, Georgia; 4874 Pinnacle Drive, Stone Mountain, Georgia; 4878 Pinnacle Drive, Stone Mountain, Georgia; 4879 Pinnacle Drive, Stone Mountain, Georgia; 4898 Pinnacle Drive, Stone Mountain, Georgia.

(9) The Properties are the subject of a foreclosure action as a result of Debtor's defaults under the Loan Documents.[2]

(10) The Debtor's financial problems involve essentially a dispute between Debtor and Movants, its secured creditors, which can be resolved outside of the Bankruptcy Court.

(11) The timing of Debtor's filing of the petition evidences its intent to delay or frustrate the legitimate efforts of Movants to enforce their rights.

(12) Accordingly, Debtor's bankruptcy case was filed in bad faith.

Accordingly, it is hereby ORDERED AND ADJUDGED that:

(A) the automatic stay under 11 U.S.C. § 362(a) is modified for Movants herein, together with their successors and assigns, *nunc pro tunc* to November 1, 2022 such that Movants, together with their successors and assigns, may exercise all rights available under the Loan Documents and applicable law, including but not limited to, the completing the foreclosure sales of the Properties and recording deeds under power with respect thereto.

(B) The fourteen (14) day stay of this order set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) or otherwise is waived;

(C) The above-referenced chapter 11 is DISMISSED; and

(D) Debtor is barred from filing a voluntary petition under chapter 7 or chapter 11 of the Bankruptcy Code within 180 days of this Order.

[END OF DOCUMENT]

---

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Prepared and presented by:

By: /s/ Lisa Wolgast
Lisa Wolgast lwolgast@mmmlaw.com
Georgia Bar No. 773399
Talia B. Wagner twagner@mmmlaw.com
Georgia Bar No. 986221
MORRIS, MANNING & MARTIN, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326
(404) 233-7000
*Attorneys for AlphaFlow Transitional Mortgage Trust 2021-WL1 and NYMT Commercial Acquisitions, LLC*

## Distribution List

2 Big Legacy LLC
4483 Lionshead Circle
Lithonia, Georgia 30038

2 Big Legacy LLC
Suite 244
2870 Peachtree Road
Atlanta, GA 30305

Felisa Harris-Mychals
Harris Law Group
111 Petrol Point
Peachtree City, Georgia 30269

Martin Ochs
David Weidenbaum
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lisa Wolgast
Talia B. Wagner
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326